# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

**ROBERT G. MOORE,** )
)
    **Plaintiff,** )
)
    vs. ) Case No. 4:08cv1962 TCM
)
**CONSUMER ADJUSTMENT CO., INC.,**)
)
    **Defendant.** )

## ORDER

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon Defendant, **Consumer Adjustment Company, Inc.**, on **December 29, 2008**.

**IT IS HEREBY ORDERED** that Plaintiff shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this 3rd day of February , 2009.

                                          THOMAS C. MUMMERT, III
                                          UNITED STATES MAGISTRATE JUDGE